IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered) |
| WOODBRIDGE GROUP OF COMPANIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>LONNIE H. CORRELL,<br><br>Defendant. | Adversary Proceeding<br><br>Case No. 18-50822 (KJC)<br><br>Ref. Docket Nos. 4, 5 & 6 |

## ORDER APPROVING STIPULATION FURTHER EXTENDING TIME FOR DEFENDANT TO ANSWER OR RESPOND TO COMPLAINT AND ADJOURNING PRETRIAL CONFERENCE

Upon consideration of the Certification of Counsel;[2] and upon review of such certification and the Parties' *Stipulation Further Extending Time for Defendant to Answer or Respond to Complaint and Adjourning Pretrial Conference* attached hereto as Exhibit 1 (the "Stipulation"); and good and sufficient cause appearing therefor,

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Certification of Counsel.

01:23861272.3

**IT IS HEREBY ORDERED** that:

1. The Stipulation is approved.

2. The time for the Defendant to answer or otherwise respond to the Plaintiffs' Complaint [Adv. D.I. 1] is extended through and including **December 5, 2018**.

3. The Pretrial Conference is adjourned until the omnibus hearing currently set for December 19, 2018, at 2:00 p.m. (ET).

4. The Parties' deadline to conduct the attorney conference required by Local Rule 7016-1(a) shall be the date that is seven (7) days prior to such rescheduled Pretrial Conference, on December 12, 2018.

5. This Order is without prejudice to the rights of any Party to seek a further extension if and as appropriate.

Dated: NOV 16, 2018
Wilmington, Delaware

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE